UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>              Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br>et al.,<br><br>              Defendants. | Civil Action No. 25-1932 (TSC) |

## JOINT STATUS REPORT

Plaintiff American Oversight ("Plaintiff") and Defendants, Department of Homeland Security ("DHS"), U.S. Customs and Border Protection ("CBP"), Immigration and Customs Enforcement ("ICE"), U.S. Citizenship and Immigration Services ("USCIS"), and Department of Labor ("DOL") (collectively, "Defendants"), by and through undersigned counsel, hereby submit this Status Report.  The parties report as follows:

1.      Plaintiff brings this case under the Freedom of Information Act ("FOIA") seeking the release of documents relating to nine FOIA requests.  *See generally* Compl. (ECF No. 1).

2.      The status of each response to Plaintiff's FOIA requests is below:

### DHS

Since the last status update, DHS has processed 564 pages of records.  Of those pages, 23 were determined to be responsive to the request, 3 pages were determined to be duplicate records, and 459 pages were non-responsive to the request.  A total of 83 pages remain pending consultation with various other agencies or components and will be processed and released as appropriate upon return to DHS.

## CBP

As previously reported, CBP's search yielded 4,452 total pages that were identified as potentially responsive.  During the review, 66 pages were determined to be responsive to Request #1 (CBP-FO-2025-056057).  As to Request #2 (CBP-FO-2025-071386), there were 25 responsive documents found in the search.  On January 30, 2026, CBP released 91 pages of responsive documents to Plaintiff. This is CBP's final response.

## ICE

ICE has completed its search for potentially responsive records for Plaintiff's three requests.  On January 30, 2026, ICE made its first interim release of responsive records to Plaintiff. ICE will continue to process 500 pages at the end of each month until all responsive records have been released. At Plaintiff's request, ICE has agreed to prioritize processing and production of parts 3 and 5 of ICE Request #3 (2025-ICFO-29986).

## USCIS

As previously reported, USCIS has completed its search for responsive records for FOIA request COW2025001340 and estimates that there are approximately 100 pages of potentially responsive records that will require processing, most of which involve other agency equity.  USCIS initiated all required consultations and/or referrals in October 2025 and expects to complete the processing and production for one of the two consultations by end of February 2026.  USCIS will endeavor to complete the processing and production of the one remaining consultation as quickly as possible once review is completed by the other government agency.  USCIS will continue to follow up and provide regular updates regarding the status of the remaining consultation.

## **DOL**

DOL has met with Plaintiff and agreed to remove "immigration" and "visa" as search terms to narrow potentially responsive records to item 1 of Plaintiff's FOIA request.  Discussions are ongoing to identify additional basis to narrow item 1 of Plaintiff's FOIA request and a monthly schedule to release non-exempt information.

3.      The parties propose that they file a subsequent status report by April 13, 2026, updating the Court on Defendants' response to Plaintiff's FOIA requests.

Dated: February 10, 2026

*/s/ Benjamin A. Sparks*
Benjamin A. Sparks
AMERICAN OVERSIGHT
1030 15th Street NW
Suite B255
Washington, DC 20005
(202) 873-1741
ben.sparks@americanoversight.org

*Attorney for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Stephanie R. Johnson*
    STEPHANIE R. JOHNSON
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-7874
    Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*